UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WAYNE ABRON )<br>    Plaintiff, )<br>v. )<br>    )<br>BRIAN DUNFORD, )<br>DAVID SANTOSUOSSO, AND )<br>THE CITY OF BOSTON )<br>    Defendants. )<br>) | Civil Action No.: 1:09-CV-12092 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Mass.R.Civ.P. 41(a)(1)(A)(i), Wayne Abron ("Abron") dismisses, without prejudice, the above-captioned matter. This Notice is filed prior to any of the opposing parties being served or serving either an answer or a motion for summary judgment.

Dated: December 16, 2009
    Boston, Massachusetts

Respectfully submitted,
WAYNE ABRON

By his attorneys,

*/s/ Jeffrey A. Denner*
Jeffrey A. Denner (BBO# 120520)
Neil S. Tassel (BBO# 557943)
Bruce D. Levin (BBO# 548136)
DENNER ♦ PELLEGRINO, LLP
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Telephone: (617) 227-2800
Facsimile: (617) 973-1562
Email: jdenner@dennerpellegrino.com
Email: ntassel@dennerpellegrino.com
Email: blevin@dennerpellegrino.com